# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 106 WAL 2019
:
               Respondent    :
:    Petition for Allowance of Appeal from
:    the Order of the Superior Court
           v.    :
:
:
ALBERT D. MAXON, JR.,    :
:
               Petitioner    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 17th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.